**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KENNETH TRAYLOR**                                                            **PETITIONER**

v.                                                                                **NO. 1:06CV72-M-D**

**RON KING, ET AL.**                                                         **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated May 3, 2006, and the petitioner's May 9, 2006, and May 12, 2006, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 3, 2006, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** without prejudice for failure to exhaust state remedies.

3. That this case is **CLOSED.**

THIS, the 7th day of June, 2006.

                                                  /s/ Michael P. Mills
                                                  **UNITED STATES DISTRICT JUDGE**